Lester Doctor, Appellant, v. Edward A. Manice and Another, Composing the Firm, etc., Respondents.— Judgment affirmed, with costs. No opin-

ion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.